UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| RAMACHANDRAN SEETHARAMAN<br>            Plaintiff,<br><br>v.<br><br>STONE & WEBSTER, INC., a subsidiary<br>of SHAW GROUP, INC., JOE GREEN,<br>NICK ZERVOS, DAVID EDWARDS<br>AND JOHN MARTIN,<br>            Defendants. | CIVIL ACTION NO. |

**DEFENDANT STONE & WEBSTER, INC.'S FED. R. CIV. P.
7.1/LR D. MASS. 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR D. Mass. 7.3, defendant Stone & Webster, Inc. states that it is a wholly-owned subsidiary of its parent corporations Stone & Webster Holding One, Inc. and Stone & Webster Holding Two, Inc. Stone & Webster Holding One, Inc. and Stone & Webster Holding Two, Inc. each owns fifty percent of Stone & Webster, Inc. The Shaw Group, Inc., a publicly-held company, in turn owns one hundred percent of Stone & Webster

RECEIPT # 64555
AMOUNT $ 250.00
BY DPTY CLK ___
05/26/05

Holding One, Inc. and Stone & Webster Holding Two, Inc. There is no publicly-held corporation that owns ten percent or more of Stone & Webster, Inc.'s its stock.

Respectfully submitted,

STONE & WEBSTER, INC., JOE GREEN, NICK ZERVOS, DAVID EDWARDS AND JOHN MARTIN,

By their attorneys,

*/s/ Kevin P. Sweeney*

Paul J. Murphy, BBO No. 363490
Kevin P. Sweeney, BBO No. 548761
Menard, Murphy & Walsh LLP
60 State Street - 34th Floor
Boston, Massachusetts 02109
(617) 832-2500

Dated: May 26, 2005

### CERTIFICATE OF SERVICE

I, Kevin P. Sweeney, hereby certify that on this 26th day of May 2005, I caused a copy of **DEFENDANT STONE & WEBSTER, INC.'S FED. R. CIV. P. 7.1/LR D. MASS. 7.3 CORPORATE DISCLOSURE STATEMENT** to be served by first-class mail, postage prepaid, addressed to Howard Wilgoren, Esquire, 6 Beacon Street, Suite 700, Boston, Massachusetts 02108.

*/s/ Kevin P. Sweeney*
Kevin P. Sweeney

6637.22\Stone\seeitharaman civil action\Pleadings\corporate disclosure statement.doc