UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RAMACHANDRAN SEETHARAMAN<br>　　　　Plaintiff,<br><br>v.<br><br>STONE & WEBSTER, INC., a subsidiary<br>of SHAW GROUP, INC., JOE GREEN,<br>NICK ZERVOS, DAVID EDWARDS<br>AND JOHN MARTIN,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>1:05-CV-11105 RWZ<br>(Consolidated With<br>C.A. No. 1:05-CV-11863) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated January 20, 2006, plaintiff Ramachandran Seetharaman ("Seetharaman") and defendants Stone & Webster, Inc., Joe Green, Nick Zervos, David Edwards and John Martin (defendants are referred to collectively as "Stone & Webster") hereby submit this Joint Status Report to apprise the Court of the status of Seetharaman's appeal to the Administrative Review Board (the "ARB") of the November 30, 2005 Recommended Decision and Order of Daniel F. Sutton, Administrative Law Judge, in the whistleblower action that Seetharaman commenced against Stone & Webster in the Department of Labor.[1]  By the Recommended Decision and Order, the Administrative Law Judge recommended that Seetharaman's Complaint against Stone & Webster in that whistleblower action be dismissed in its entirety.

---

[1] The Court's January 20, 2006 order requiring the parties to file a status report every three months also provides in part that "45 days after report, defendant shall answer."  Respectfully, the Court at the January 19, 2006 Further Scheduling Conference provided Stone & Webster with forty-five days from the expected decision of the ARB, not from this status report, in which to answer or move in response to Seetharaman's Complaint.

Seetharaman appealed that Recommended Decision and Order to the ARB. Seetharaman, after receiving two extensions in which to file his initial brief, filed that initial brief with the ARB on or about March 31, 2006. Stone & Webster's reply brief is due by May 1, 2006. Stone & Webster has requested an extension, until May 10, 2006, to file its brief. Seetharaman, in turn, has requested that the filing date for his rebuttal brief be extended to June 1, 2006. To the parties' knowledge, the ARB has not yet acted on those pending requests for extensions.

Seetharaman and Stone & Webster will file a further status report on or before July 18, 2006 or at such other time as the Court may order.

| Plaintiff, | Defendants, |
|---|---|
| RAMACHANDRAN SEETHARAMAN, | STONE & WEBSTER, INC., JOE GREEN, NICK ZERVOS, DAVID EDWARDS AND JOHN MARTIN, |
| By his attorney, | By their attorneys, |
| /s/ Howard I. Wilgoren<br>Howard I. Wilgoren, BBO No. 527840<br>6 Beacon Street, Suite 700<br>Boston, Massachusetts  02108<br>(617) 523-5233 | /s/ Kevin P. Sweeney<br>Paul J. Murphy, BBO No. 363490<br>Kevin P. Sweeney, BBO No. 548761<br>Menard, Murphy & Walsh LLP<br>60 State Street - 34th Floor<br>Boston, Massachusetts  02109<br>(617) 832-2500 |

Dated:  April 19, 2006