UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAMACHANDRAN SEETHARAMAN<br>Plaintiff,<br><br>v.<br><br>STONE & WEBSTER, INC., a subsidiary<br>of SHAW GROUP, INC., JOE GREEN,<br>NICK ZERVOS, DAVID EDWARDS<br>AND JOHN MARTIN,<br><br>Defendants. | CIVIL ACTION NO.<br>1:05-CV-11105 RWZ<br>(Consolidated With<br>C.A. No. 1:05-CV-11863) |

## THIRD JOINT STATUS REPORT

Pursuant to the Court's order, plaintiff Ramachandran Seetharaman ("Seetharaman") and defendants Stone & Webster, Inc., Joe Green, Nick Zervos, David Edwards and John Martin (defendants are referred to collectively as "Stone & Webster") hereby submit this Third Joint Status Report to apprise the Court of the status of Seetharaman's appeal to the Administrative Review Board (the "ARB") of the November 30, 2005 Recommended Decision and Order of Daniel F. Sutton, Administrative Law Judge, in the whistleblower action that Seetharaman commenced against Stone & Webster in the Department of Labor.[1] By the Recommended Decision and Order, the Administrative Law Judge recommended that Seetharaman's Complaint against Stone & Webster in that whistleblower action be dismissed in its entirety.

Since the parties' Second Joint Status Report filed on July 19, 2006, there have been no further events before the ARB. Seetharaman's appeal to the ARB has been fully briefed by both

---

[1] The Court's January 20, 2006 order requiring the parties to file a status report every three months also provides in part that "45 days after report, defendant shall answer." Respectfully, the Court at the January 19, 2006 Further Scheduling Conference provided Stone & Webster with forty-five days from the expected decision of the ARB, not from this status report, in which to answer or move in response to Seetharaman's Complaint.

- 2 -

sides since May 31, 2006, and Seetharaman and Stone & Webster continue to await a decision from the ARB.

    Seetharaman and Stone & Webster will file a further status report on or before January 16, 2007 or at such other time as the Court may order.

| Plaintiff, | Defendants, |
|---|---|
| RAMACHANDRAN SEETHARAMAN, | STONE & WEBSTER, INC., JOE GREEN, NICK ZERVOS, DAVID EDWARDS AND JOHN MARTIN, |
| By his attorney, | By their attorneys, |
| /s/ Howard I. Wilgoren | /s/ Kevin P. Sweeney |
| Howard I. Wilgoren, BBO No. 527840<br>6 Beacon Street, Suite 700<br>Boston, Massachusetts 02108<br>(617) 523-5233 | Paul J. Murphy, BBO No. 363490<br>Kevin P. Sweeney, BBO No. 548761<br>Menard, Murphy & Walsh LLP<br>60 State Street - 34th Floor<br>Boston, Massachusetts 02109<br>(617) 832-2500 |

Dated: October 17, 2006