UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAMACHANDRAN SEETHARAMAN )<br>Plaintiff, )<br>)<br>v. )<br>)<br>STONE & WEBSTER, INC., a subsidiary )<br>of SHAW GROUP, INC., JOE GREEN, )<br>NICK ZERVOS, DAVID EDWARDS )<br>AND JOHN MARTIN, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>1:05-CV-11105 RWZ<br>(Consolidated With<br>C.A. No. 1:05-CV-11863) |

## FIFTH JOINT STATUS REPORT

Pursuant to the Court's order, plaintiff Ramachandran Seetharaman ("Seetharaman") and defendants Stone & Webster, Inc., Joe Green, Nick Zervos, David Edwards and John Martin (defendants are referred to collectively as "Stone & Webster") hereby submit this Fifth Joint Status Report to apprise the Court of the status of Seetharaman's appeal to the Administrative Review Board (the "ARB") of the November 30, 2005 Recommended Decision and Order of Daniel F. Sutton, Administrative Law Judge, in the whistleblower action that Seetharaman commenced against Stone & Webster in the Department of Labor.[1] By the Recommended Decision and Order, the Administrative Law Judge recommended that Seetharaman's Complaint against Stone & Webster in that whistleblower action be dismissed in its entirety.

Since the parties' Fourth Joint Status Report filed on January 16, 2007, there have been no further events before the ARB. Seetharaman's appeal to the ARB has been fully briefed by

---

[1] The Court's January 20, 2006 order requiring the parties to file a status report every three months also provides in part that "45 days after report, defendant shall answer." Respectfully, the Court at the January 19, 2006 Further Scheduling Conference provided Stone & Webster with forty-five days from the expected decision of the ARB, not from this status report, in which to answer or move in response to Seetharaman's Complaint.

both sides since May 31, 2006, and Seetharaman and Stone & Webster continue to await a decision from the ARB.

Pursuant to the Court's endorsement order of January 19, 2007, Seetharaman and Stone & Webster are this day furnishing a copy of this Fifth Joint Status Report to the ARB. A copy of the parties' letter to the ARB enclosing a copy of the Fifth Joint Status Report is attached as Exhibit 1.

Seetharaman and Stone & Webster will file a further status report on or before July 17, 2007 or at such other time as the Court may order.

| Plaintiff, | Defendants, |
|---|---|
| RAMACHANDRAN SEETHARAMAN, | STONE & WEBSTER, INC., JOE GREEN, NICK ZERVOS, DAVID EDWARDS AND JOHN MARTIN, |
| By his attorney, | By their attorneys, |
| /s/ Howard I. Wilgoren | /s/ Kevin P. Sweeney |
| Howard I. Wilgoren, BBO No. 527840<br>6 Beacon Street, Suite 700<br>Boston, Massachusetts 02108<br>(617) 523-5233 | Paul J. Murphy, BBO No. 363490<br>Kevin P. Sweeney, BBO No. 548761<br>Menard, Murphy & Walsh LLP<br>60 State Street - 34th Floor<br>Boston, Massachusetts 02109<br>(617) 832-2500 |

Dated: April 17, 2007

g:\s\stone & webster\seetharaman civil action\pleadings\u s d c\joint status report v doc



MENARD, MURPHY & WALSH LLP
ATTORNEYS AT LAW

KEVIN P. SWEENEY
sweeney@mmwlaw.com

April 17, 2007

Janet R. Dunlop, General Counsel
Administrative Review Board
United States Department of Labor
Room S-4309, Francis Perkins Building
200 Constitution Avenue, N.W.
Washington, DC 20210

Re:  Seetharaman v. Stone & Webster, Inc.
      ARB No. 06-024, ALJ No. 2003-CAA-4

Dear Ms. Dunlop:

Pursuant to an order of the United States District Court for the District of Massachusetts, enclosed please find a copy of the Fifth Joint Status Report that the parties to that action (among whom are Ramachandran Seetharaman and Stone & Webster, Inc. the parties to this appeal) filed today. The United States District Court of the District of Massachusetts has stayed that civil action pending the Administrative Review Board's decision on Mr. Seetharaman's appeal from the November 30, 2005 Recommended Decision and Order of Daniel F. Sutton, Administrative Law Judge. The District Court ordered the parties to furnish a copy of this Fifth Joint Status Report to the ARB, and we are doing so in accordance with that order.

If you have any questions with regard to the enclosed, please do not hesitate to contact me.

Sincerely,

Kevin P. Sweeney

KPS:lmd
Enclosure
cc:  Howard I. Wilgoren, Esquire (w/ enc.)
      E. Kenneth Jenkins, Esquire (w/ enc.)

G:\S\Stone & Webster\Seetharaman Civil Action\correspondence\ltr dunlop (arb) 4 17 07.doc