UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

RAMACHANDRAN SEETHARAMAN )
          Plaintiff, )
 )
v. )
 )         CIVIL ACTION NO.
STONE & WEBSTER, INC., a subsidiary )      1:05-CV-11105 RWZ
of SHAW GROUP, INC., JOE GREEN, )
NICK ZERVOS, DAVID EDWARDS )
AND JOHN MARTIN, )
         Defendants. )

---

## NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS

Pursuant to LR, D. Mass. 83.5.2, notice is hereby given of the withdrawal of Kevin P. Sweeney and the law firm of Menard, Murphy & Walsh, LLP as counsel for defendants Stone & Webster, Inc, a subsidiary of Shaw Group, Inc., Joe Green, Nick Zervos, David Edwards and John Martin. Paul J. Murphy, Esq., formerly of Menard, Murphy & Walsh, LLP and now of Greenberg, Traurig, LLP, will continue to represent all defendants in this matter.

There are no motions pending before the Court, no trial date has been set and no hearings or conferences are scheduled, and no reports, oral or written, are due.

By copy of this Notice of Withdrawal of Counsel for Defendants, counsel is serving all defendants and counsel for plaintiff.

Respectfully submitted,

STONE & WEBSTER, INC., JOSEPH
GREEN, NICK ZERVOS, DAVID
EDWARDS AND JOHN MARTIN,

By their attorneys,

Kevin P. Sweeney, BBO No. 548761
Menard, Murphy & Walsh LLP
60 State Street - 34th Floor
Boston, Massachusetts  02109
(617)  832-2500

Dated:  May 24, 2007

## CERTIFICATE OF SERVICE

I, Kevin P. Sweeney, hereby certify that on this 24th day of May 2007, a true copy of the
above document was served upon the attorneys for record of all parties electronically via the
CM/ECF system and that I further caused copies of the foregoing **NOTICE OF
WITHDRAWAL OF COUNSEL FOR DEFENDANTS** to be served by first-class mail,
postage prepaid addressed to Paul J. Murphy, Esq, Greenberg, Traurig, LLP, One International
Place, 20th Floor, Boston, Massachusetts  02110 and to defendants as follows:  E. Kenneth
Jenkins, Esquire, ECM Division Counsel for defendant Stone & Webster, Inc., 100 Technology
Center Drive, Stoughton, Massachusetts  02072; Mr. Joseph Green, Stone & Webster, Inc., 100
Technology Center Drive, Stoughton, Massachusetts  02072; Mr. Nick Zervos, Stone & Webster,
Inc., 100 Technology Center Drive, Stoughton, Massachusetts  02072; Mr. David Edwards,
Stone & Webster, Inc., 100 Technology Center Drive, Stoughton, Massachusetts  02072; Mr.
John Martin, Stone & Webster, Inc., 100 Technology Center Drive, Stoughton, Massachusetts
02072.

Kevin P. Sweeney

6637.27\Stone\seeitharaman civil action\Pleadings\U.S.D.C.\certification - sweeney.doc