UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAMACHANDRAN SEETHARAMAN </br></br>         Plaintiff, </br></br> v. </br></br> STONE & WEBSTER, a subsidiary of </br> SHAW GROUP, INC., JOE GREEN, </br> NICK ZERVOUS; DAVID EDWARDS; </br> and JOHN MARTIN </br>         Defendants. | Civil Action No. 05-111105-RWZ |

## CHANGE OF ADDRESS

Please be advised that Paul J. Murphy, Esq., formerly of Menard, Murphy & Walsh, LLP, has moved his practice to Greenberg Traurig, LLP. Mr. Murphy's new address and telephone number is as follows:

**Paul J. Murphy, Esq., Greenberg Traurig, LLP, One International Place, Boston, MA 02110, 617-310-6063**

Respectfully submitted,

STONE & WEBSTER, a subsidiary of SHAW GROUP, INC., JOE GREEN, NICK ZERVOUS, DAVID EDWARDS and JOHN MARTIN

By their counsel,

/s Paul J. Murphy
Paul J. Murphy (BBO#363490)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6063
Fax: (617) 310-6001
murphyp@gtlaw.com

Dated: May 30, 2007

## CERTIFICATE OF SERVICE

I, Paul J. Murphy, hereby certify that on the 30t[h] day of May, 2007, I served a copy of the above to the following counsel of record by first class mail: Howard Wilgoren, Esq., 6 Beacon Street, Suite 700, Boston, MA 02108.

/s Paul J. Murphy
Paul J. Murphy