UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMACHANDRAN SEETHARAMAN )<br>           Plaintiff, )<br>)<br>v. )<br>)<br>STONE & WEBSTER, INC., a subsidiary )<br>of SHAW GROUP, INC., JOE GREEN, )<br>NICK ZERVOS, DAVID EDWARDS )<br>AND JOHN MARTIN, )<br>)<br>           Defendants. )<br>) | CIVIL ACTION NO.<br>1:05-CV-11105 RWZ<br>(Consolidated With<br>C.A. No. 1:05-CV-11863) |

## SIXTH JOINT STATUS REPORT

Pursuant to the Court's order, plaintiff Ramachandran Seetharaman ("Seetharaman") and defendants Stone & Webster, Inc., Joe Green, Nick Zervos, David Edwards and John Martin (defendants are referred to collectively as "Stone & Webster") hereby submit this Sixth Joint Status Report to apprise the Court of the status of Seetharaman's appeal to the Administrative Review Board (the "ARB") of the November 30, 2005 Recommended Decision and Order of Daniel F. Sutton, Administrative Law Judge, in the whistleblower action that Seetharaman commenced against Stone & Webster in the Department of Labor.[1] By the Recommended Decision and Order, the Administrative Law Judge recommended that Seetharaman's Complaint against Stone & Webster in that whistleblower action be dismissed in its entirety.

Since the parties' Fifth Joint Status Report filed on April 17, 2007, there have been no further events before the ARB. Seetharaman's appeal to the ARB has been fully briefed by both

---

[1] The Court's January 20, 2006 order requiring the parties to file a status report every three months also provides in part that "45 days after report, defendant shall answer." Respectfully, the Court at the January 19, 2006 Further Scheduling Conference provided Stone & Webster with forty-five days from the expected decision of the ARB, not from this status report, in which to answer or move in response to Seetharaman's Complaint.

sides since May 31, 2006, and Seetharaman and Stone & Webster continue to await a decision from the ARB.

Pursuant to the Court's endorsement order of January 19, 2007, Seetharaman and Stone & Webster are this day furnishing a copy of this Sixth Joint Status Report to the ARB. A copy of the parties' letter to the ARB enclosing a copy of the Sixth Joint Status Report is attached as Exhibit 1.

Seetharaman and Stone & Webster will file a further status report on or before October 16, 2007 or at such other time as the Court may order.

| Plaintiff, | Defendants, |
|---|---|
| RAMACHANDRAN SEETHARAMAN, | STONE & WEBSTER, INC., JOE GREEN, NICK ZERVOS, DAVID EDWARDS AND JOHN MARTIN, |
| By his attorney, | By their attorneys, |
| /s/ Howard I. Wilgoren | /s/ Paul J. Murphy |
| Howard I. Wilgoren, BBO No. 527840<br>6 Beacon Street, Suite 700<br>Boston, Massachusetts  02108<br>(617) 523-5233 | Paul J. Murphy, BBO No. 363490<br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110<br>(617) 310-6000 |

Dated:  July 17, 2007

## CERTIFICATE OF SERVICE

I certify that on the 17th day of July, 2007, I caused to be served, electronically and by first-class mail, a copy of the preceding document upon all counsel of record.

/s/ Paul J. Murphy
Paul J. Murphy

# EXHIBIT 1

# Greenberg
# Traurig

Paul Murphy
Tel. 617.310.6063
Fax 617.310.6001
murphyp@gtlaw.com

July 17, 2007

Janet R. Dunlop, General Counsel
Administrative Review Board
United States Department of Labor
Room S-4309, Francis Perkins Building
200 Constitution Avenue, N.W.
Washington, DC 20210

Re:   Seetharaman v. Stone & Webster, Inc.
      ARB No. 60-024, ALJ No. 2003-CAA-4

Dear Ms. Dunlop:

    Pursuant to an order of the United States District Court for the District of Massachusetts, enclosed please find a copy of the Sixth Joint Status Report that the parties to that action (among whom are Ramachandran Seetharaman and Stone & Webster, Inc. the parties to this appeal) filed today. The United States District Court of the District of Massachusetts has stayed that civil action pending the Administrative Review Board's decision on Mr. Seetharaman's appeal from the November 30, 2005 Recommended Decision and Order of Daniel F. Sutton, Administrative Law Judge. The District Court ordered the parties to furnish a copy of this Sixth Joint Status Report to the ARB, and we are doing so in accordance with that order.

    If you have any questions with regard to the enclosed, please do not hesitate to contact me.

Sincerely,

Paul Murphy

PJM/sh
Enclosure
cc:   Howard I. Wilgoren, Esquire (w/ enc.)
      E. Kenneth Jenkins, Esquire (w/ enc.)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliances
Tokyo-Office/Strategic Alliance

BOS 46274485v1 7/17/2007

Greenberg Traurig, LLP I Attorneys at Law I One International Place I Boston, MA 02110 I Tel 617.310.6000 I Fax 617.310.6001     www.gtlaw.com