UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMACHANDRAN SEETHARAMAN )<br>Plaintiff, )<br> )<br>v. )<br> )<br>STONE & WEBSTER, INC., a subsidiary )<br>of SHAW GROUP, INC., JOE GREEN, )<br>NICK ZERVOS, DAVID EDWARDS )<br>AND JOHN MARTIN, )<br> )<br>Defendants. )<br>) | CIVIL ACTION NO.<br>1:05-CV-11105 RWZ<br>(Consolidated With<br>C.A. No. 1:05-CV-11863) |

## EIGHTH JOINT STATUS REPORT

Pursuant to the Court's order, plaintiff Ramachandran Seetharaman ("Seetharaman") and defendants Stone & Webster, Inc., Joe Green, Nick Zervos, David Edwards and John Martin (defendants are referred to collectively as "Stone & Webster") hereby submit this Eighth Joint Status Report to apprise the Court of the status of Seetharaman's appeal of the November 30, 2005 Recommended Decision and Order of Daniel F. Sutton, Administrative Law Judge, in the whistleblower action that Seetharaman commenced against Stone & Webster before the U.S. Department of Labor (DOL). By the Recommended Decision and Order, the Administrative Law Judge recommended that Seetharaman's complaint against Stone & Webster in that whistleblower action be dismissed in its entirety. As previously reported by the parties, on August 31, 2007, the Administration Review Board (ARB) of the DOL issued a Final Order affirming the Recommended Decision and Order from the ALJ dismissing Seetharaman's complaint.

Since the parties' Seventh Joint Status report filed on October 16, 2007, Seetharaman filed with the First Circuit Court of Appeals ("First Circuit") a petition for review of the Final Order issued by the DOL, naming the DOL and Stone & Webster as respondent parties. The DOL has been provided until January 2, 2008 to file the Certified List of the Record. At that time, a briefing schedule is expected to be issued by the First Circuit. According to the applicable rules of the Federal Rules of Appellate Procedure, Seetharaman will have forty (40) days from the filing of the record to submit his brief, and respondents will have thirty (30) days thereafter to file their briefs. Seetharaman will have fourteen (14) additional days to file a reply brief. Oral argument may or may not be granted. The parties understand that such matters before the First Circuit are generally disposed of in the 6 to 9 month range.

It continues to be Stone & Webster's position that many, if not all, of the claims and/or issues presented in this action are precluded or otherwise barred by the DOL's Final Order dismissing Seetharaman's complaint against Stone & Webster. It would appear to be in the parties' best interests, and would likely conserve judicial resources, if the matter before the First Circuit were to proceed to resolution before addressing the issues in this action. Accordingly, the parties jointly request that the stay of this action be continued until such time as Seetharaman's appeal to the First Circuit has been determined, and that, on or before <u>June 30, 2008</u>, the parties report back to the Court as to the status of Seetharaman's appeal to the First Circuit and the effect of the same upon the instant action.

- 3 -

| Plaintiff, | Defendants, |
|---|---|
| RAMACHANDRAN SEETHARAMAN, | STONE & WEBSTER, INC., JOE GREEN, NICK ZERVOS, DAVID EDWARDS AND JOHN MARTIN, |
| By his attorney, | By their attorneys, |
| /s/ Howard I. Wilgoren | /s/ Paul J. Murphy |
| Howard I. Wilgoren, BBO No. 527840<br>6 Beacon Street, Suite 700<br>Boston, Massachusetts  02108<br>(617) 523-5233 | Paul J. Murphy, BBO No. 363490<br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110<br>(617) 310-6000 |

Dated:  December 17, 2007

## CERTIFICATE OF SERVICE

I certify that on the 17th day of December, 2007, I caused to be served, electronically and by first-class mail, a copy of the preceding document upon all counsel of record.

/s/ Paul J. Murphy
Paul J. Murphy