UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMACHANDRAN SEETHARAMAN )<br>Plaintiff, )<br>)<br>v. )<br>)<br>STONE & WEBSTER, INC., a subsidiary )<br>of SHAW GROUP, INC., JOE GREEN, )<br>NICK ZERVOS, DAVID EDWARDS )<br>AND JOHN MARTIN, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>1:05-CV-11105 RWZ<br>(Consolidated With<br>C.A. No. 1:05-CV-11863) |

## NINTH JOINT STATUS REPORT

Pursuant to the Court's order, plaintiff Ramachandran Seetharaman ("Seetharaman") and defendants Stone & Webster, Inc., Joe Green, Nick Zervos, David Edwards and John Martin (defendants are referred to collectively as "Stone & Webster") hereby submit this Ninth Joint Status Report to apprise the Court of the status of Seetharaman's appeal of the November 30, 2005 Recommended Decision and Order of Daniel F. Sutton, Administrative Law Judge, in the whistleblower action that Seetharaman commenced against Stone & Webster before the U.S. Department of Labor (DOL). By the Recommended Decision and Order, the Administrative Law Judge recommended that Seetharaman's complaint against Stone & Webster in that whistleblower action be dismissed in its entirety. As previously reported by the parties, on August 31, 2007, the Administration Review Board (ARB) of the DOL issued a Final Order affirming the Recommended Decision and Order from the ALJ dismissing Seetharaman's complaint. The Final Order is presently on appeal before the United States Courts of Appeals for the First Circuit.

- 2 -

All of the briefing before the First Circuit has now been completed. By notice dated May 30, 2008, the First Circuit advised the parties that oral argument would not be held, and, accordingly the parties are now awaiting the court's decision. The parties jointly request that the stay of this action be continued until such time as Seetharaman's appeal has been determined, and that, on or before <u>September 30, 2008,</u> the parties report back to the Court as to the status of Seetharaman's appeal.

| | |
|---|---|
| Plaintiff, | Defendants, |
| RAMACHANDRAN SEETHARAMAN, | STONE & WEBSTER, INC.,<br>JOE GREEN, NICK ZERVOS,<br>DAVID EDWARDS AND JOHN MARTIN, |
| By his attorney, | By their attorney, |
| /s/ Howard I. Wilgoren | /s/ Paul J. Murphy |
| Howard I. Wilgoren, BBO No. 527840<br>6 Beacon Street, Suite 700<br>Boston, Massachusetts 02108<br>(617) 523-5233 | Paul J. Murphy, BBO No. 363490<br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110<br>(617) 310-6000 |

Dated: June 30, 2008

### CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2008, I caused to be served, electronically and by first-class mail, a copy of the preceding document upon all counsel of record.

/s/ Paul J. Murphy
Paul J. Murphy